JODY L. WINTER, #249592
LLOYD WINTER, P.C.
1724 Broadway Street, Suite 6
Fresno, CA  93721
Telephone:   (559) 233-3636
Facsimile:   (559) 385-2000
jwinter@lloydwinterlaw.com

Attorneys for defendant Colonial First Lending
Group, Inc., a Utah corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA McMENEMY, an individual, and MICHAEL McMENEMY, an individual,<br><br>              Plaintiffs,<br><br>v.<br><br>COLONIAL FIRST LENDING GROUP, INC., a Utah corporation, COLONIAL FIRST BUSINESS DEVELOPMENT, LLC, a Utah limited liability company, DEVIN JONES, an individual, FLAGSHIP FINANCIAL GROUP, LLC, and DOES 1 through 10,<br><br>              Defendants. | CASE NO. 1:14-CV-00219-LJO-BAM<br><br>**MOTION AND STIPULATION TO EXTEND TIME TO FILE ANSWER; ORDER THEREON** |

IT IS HEREBY STIPULATED pursuant to local rule (E.D. Cal. L.R. 144(a)) by and between plaintiffs Diana and Michael McMenemy, by and through their attorney of record, Patrick H. Dwyer, and defendant Colonial First Lending Group, Inc. ("Colonial"), by and through its attorney of record Lloyd Winter, P.C., to extend the time in which to file an answer to the complaint in this matter for 14 days, up to and including Friday, May 23, 2014, or alternatively, to extend the time to file a Fed. R. Civ. P. 12(b)

motion for 28 days, up to and including until June 6, 2014.  Currently, the response of stipulating defendants is due on Friday, May 9, 2014.

These stipulating parties have previous extensions pursuant to Local Rule 144(a), and hereby move and request the Court's approval of this additional extension pursuant to Local Rule 144(a), (b), and (d).  Specifically, Colonial has been granted one extension to May 9, 2014.

During that extension, Colonial sought and obtained counsel and this extension is sought in part to allow that retained counsel enough time to properly advise Colonial on its rights, defenses and options, particularly as it relates to a 12(b) motion.

Dated:  May 7, 2014                                PATRICK H. DWYER, SBN 137743

                                                  By:  S/ Patrick H. Dwyer
                                                       Patrick H. Dwyer,
                                                       Attorney for plaintiffs, Diana and
                                                       Michael McMenemy

Dated:  May 8, 2014                                LLOYD WINTER, a
                                                  professional corporation

                                                  By:  S/ Jody L. Winter
                                                       Jody L. Winter,
                                                       Attorney for defendant Colonial First
                                                       Lending Group, Inc.

**ORDER**

Based on the stipulation of the parties, and for good cause shown, the parties' stipulation is APPROVED.

IT IS SO ORDERED.

Dated:  **May 14, 2014**                           /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE