# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MCMENEMY, an individual, and MICHAEL MCMENEMY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COLONIAL FIRST LENDING GROUP, INC., a Utah corporation, COLONIAL FIRST BUSINESS DEVELOPMENT, LLC, a Utah limited liability company, DEVIN JONES, an individual, FLAGSHIP FINANCIAL GROUP, LLC, a Utah limited liability company, and DOES 1 THROUGH 10, <br><br> Defendants. | Case No.: 1: 14-cv-00219-LJO-BAM <br><br> ORDER TRANSFERRING ACTION TO SACRAMENTO DIVISION |

This action was removed to this Court from the Superior Court for the State of California, County of Nevada, on February 18, 2014. Actions removed from Nevada County are properly venued in the United States District Court for the Eastern District of California, Sacramento Division. Local Rule 120.

Accordingly, The Clerk of the Court is directed to transfer and reassign this action to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:  **June 20, 2014**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1